# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY M. SANTO, | CASE NO. CV-F-04-6401LJO |
|       Plaintiff, | **ORDER TO DISMISS DEFENDANT** |
|   vs. | |
| EFCO FORMS, et al, | |
|       Defendants. | |
| _____ / | |

Based on the stipulation of the parties' counsel at the July 29, 2005 pretrial conference, this Court DISMISSES defendant Curt R. Bennethum as a party to this action. Each party bears his/its costs in connection with such dismissal.

IT IS SO ORDERED.

**Dated:   July 29, 2005**              /s/ Lawrence J. O'Neill
66h44d                                   UNITED STATES MAGISTRATE JUDGE

1