# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY M. SANTO, | CASE NO. CV-F-04-6401 LJO |
| Plaintiff, | **ORDER TO DEFENDANT TO PROVIDE FACTUAL AND LEGAL SUPPORT FOR ITS F.R.Civ.P. 50(b) MOTION** |
| vs. | |
| EFCO CORP., | |
| Defendant. | |

On October 11, 2005, defendant EFCO Corp. ("EFCO") filed its F.R.Civ.P. 50(b) renewed motion for judgment as a matter of law as to plaintiff Larry M. Santo's ("Mr. Santo's") breach of implied covenant of good faith and fair dealing claim upon which the jury awarded Mr. Santo $3,200 in economic damages. This Court is unaware of a prerequisite F.R.Civ.P. 50(a) pre-verdict motion to entitle EFCO to seek a F.R.Civ.P. 50(b) judgment as a matter of law. In its moving papers, EFCO appears to claim its oral opposition to a portion of the Special Verdict Form satisfies the F.R.Civ.P. 50(a) pre-verdict motion requirement. As such, this Court ORDERS EFCO, no later than October 24, 2005, to file further papers to provide factual and legal support that it may proceed with a F.R.Civ.P. 50(b) motion in the absence of a prerequisite F.R.Civ.P. 50(a) pre-verdict motion. Mr. Santo need not respond to EFCO's F.R.Civ.P. 50(b) renewed motion for judgment as a matter of law until this Court determines that EFCO satisfied the F.R.Civ.P. 50(a) pre-verdict motion requirement.

IT IS SO ORDERED.

**Dated:   October 13, 2005**            /s/ Lawrence J. O'Neill
66h44d                                   UNITED STATES MAGISTRATE JUDGE