IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY M. SANTO,<br><br>    Plaintiff,<br><br>    vs.<br><br>EFCO FORMS, et al,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-04-6401LJO<br><br>**ORDER TO SET RESPONSE FILING DEADLINE**<br>(Doc. 63.) |

On October 11, 2005, defendant EFCO Corp. ("EFCO") filed its F.R.Civ.P. 50(b) renewed motion for judgment as a matter of law as to plaintiff Larry M. Santo's ("Mr. Santo's") breach of implied covenant of good faith and fair dealing claim upon which the jury awarded Mr. Santo $3,200 in economic damages. This Court issued its October 13, 2005 order to note it is unaware of a prerequisite F.R.Civ.P. 50(a) pre-verdict motion to entitle EFCO to seek a F.R.Civ.P. 50(b) judgment as a matter of law. This Court ordered EFCO, no later than October 24, 2005, to file further papers to provide factual and legal support that it may proceed with a F.R.Civ.P. 50(b) motion in the absence of a prerequisite F.R.Civ.P. 50(a) pre-verdict motion.

On October 14, 2005, EFCO filed its F.R.Civ.P. 59(a) motion for partial new trial on Mr. Santo's breach of implied covenant of good faith and fair dealing claim. In its papers, EFCO alludes to the October 13, 2005 order and notes that it "now brings this Motion for Partial New Trial on the Plaintiff's claim of Breach of the Covenant of Good Faith and Fair Dealing." This Court construes EFCO's partial

1

1  new trial motion to supplant its F.R.Civ.P. 50(b) motion as its primary basis for post-trial relief. As
2  such, this Court ORDERS Mr. Santo, no later than November 1, 2005, to file and serve papers to
3  respond to EFCO's partial new trial motion. This Court will rule on EFCO's partial new trial motion
4  on the record and without oral argument or further papers from EFCO, unless this Court orders
5  otherwise.
6       IT IS SO ORDERED.
7  **Dated:   October 17, 2005**            _____/s/ Lawrence J. O'Neill_____
   66h44d                                    UNITED STATES MAGISTRATE JUDGE